WILLIAM FISHER and Another v. JOHN KLINGER and Another.— Motion to

dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.